U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Allen Ifechukwu Athan Onyema, a/k/a
Onyema, Allen, a/k/a Onyema, Allen Athan

**Agent to Arrest**

Indictment/Information

1:19-cr-464

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Christopher J. Huber
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 _____.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94

ISSUED AND DELIVERED
TO U.S. MARSHAL
10/09/2024
BY _____
DEPUTY CLERK